IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-1962-AP

STEPHANIE D. MORALES,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.**     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

        <u>For Plaintiff</u>:

        Kenneth J. Shakeshaft
        1530 South Tejon Street
        Colorado Springs, CO 80905
        (719) 635-5886

        <u>For Defendant</u>:

        Sandra Krider
        Special Assistant United States Attorney
        Assistant Regional Counsel
        Office of the General Counsel
        Social Security Administration
        1961 Stout Street, Suite 1001-A
        Denver, CO 80294
        (303) 844-0015

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is a Social Security appeal.  The Court has jurisdiction pursuant to 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

   A.     **Date Complaint Was Filed:** August 19, 2009

   B.     **Date Complaint was Served on U.S. Attorney's Office**: September 2, 2009

   C.     **Date Answer and Administrative Record Were Filed:**
          Answer: October 30, 2009.  Administrative Record: November 2, 2009.

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

It appears the Administrative Record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The Plaintiff has not submitted nor does she intend to submit any additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not provide any unusual claims or defenses.

**7.     OTHER MATTERS**

The Plaintiff has no other matters to bring to the attention of the Court.

**8.     BRIEFING SCHEDULE:**

   A.     **Plaintiff's Opening Brief**:  12/31/09

   B.     **Response Brief due:** 02/01/10

   C.     **Reply Brief due:** 02/16/10

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

   A.     **Plaintiff's Statement:** The Plaintiff does not request oral argument.

   B.     **Defendant's Statement:** The Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**   **( )**   **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**   **(X)**   **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 19th day of November, 2009

                            BY THE COURT:

                            ***s/John L. Kane***
                            U.S. DISTRICT COURT JUDGE

APPROVED:                                           UNITED STATES ATTORNEY

s/Kenneth J. Shakeshaft  
Kenneth J. Shakeshaft, #12618  
1530 South Tejon Street  
Colorado Springs, CO 80905  
office@shakeshaftlawfirm.com  
Telephone:  (719) 635-5886  
Attorney for Plaintiff  

/s Sandra T. Krider  
By:  Sandra T. Krider  
Special Assistant United States Attorney  
Social Security Administration  
1961 Stout Street, Suite 1001-A  
Denver, CO 80294  
Sandra.krider@ssa.gov  
Telephone: (303) 844-0015  

Attorney for Defendant