IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 09-cv-01962-LTB

STEPHANIE D. MORALES,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

___

MINUTE ORDER
___
BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Unopposed Motion for Payment of Bill of Costs in the amount of $350.00 (Doc 28 - filed October 18, 2010) is **GRANTED**.

Dated: October 20, 2010