**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  09-cv-01962-LTB

STEPHANIE D. MORALES,

      Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security, phase

      Defendant.

_____

**ORDER**
_____

Upon the Stipulated Motion for An Award of Attorney Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412(d) (Doc 30 - filed November 2, 2010), it is

ORDERED that the Motion is GRANTED.  Plaintiff shall receive a total EAJA award of $3,900.00.

IT IS FURTHER ORDERED that the EAJA award is without prejudice to plaintiff's attorney's right to seek attorney fees pursuant to Section 206(b) of the Social Security Act, 42, U.S. § 406(b), subject to the offset provisions of the EAJA.

                        BY THE COURT:


                        s/Lewis T. Babcock
                        Lewis T. Babcock, Judge

DATED:  November 3, 2010